**496**

.424 P.2d 408

**ST. PAUL FIRE & MARINE INSURANCE COMPANY, a corporation, Petitioner,**

v.

**Honorable Caswell S. NEAL, Judge of the District Court of Eddy County, New Mexico, Respondent.**

**No. 8375.**

Supreme Court of New Mexico.

March 9, 1967.

Ordered that the writ of prohibition issued out of this Court on February 22, 1967, be and the same is hereby made permanent.

424 P.2d 408

**In the Matter of Grand Jury Presentment of Charges against John F. SUDDERTH, Commissioner, New Mexico State Highway Department.**

**In the Matter of Grand Jury Presentment of Charges against John Q. THAXTON, Commissioner, New Mexico State Highway Department.**

**Nos. 8338, 8339.**

Supreme Court of New Mexico.

March 15, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the motions for summary judgment be and the same are hereby granted;

Further ordered that presentments against John F. Sudderth and John Q. Thaxton, be and the same are hereby dismissed.

424 P.2d 408

**Tom BOX, also known as A. T. Box, Petitioner,**

v.

**The Honorable George L. REESE, Jr., District Judge of the Fifth Judicial District Court, New Mexico, Respondent.**

**No. 8395.**

Supreme Court of New Mexico.

March 9, 1967.

CHAVEZ, Chief Justice, and NOBLE, MOISE, COMPTON and CARMODY, Justices, concurring.

Ordered that the petition for writ of prohibition be and the same is hereby denied.